UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-11914-RGS

EDWARD JENNINGS

v.

DR. YOUNG, et al.

ORDER

September 19, 2023

STEARNS, D.J.

*Pro se* plaintiff Edward Jennings, who is confined at Bridgewater State Hospital ("BSH"), has filed a civil complaint (Dkt #1) in which he claims that he has received inadequate medical care at BSH. He filed with the complaint a motion for leave to proceed *in forma pauperis*, which the court denied without prejudice because Jennings had not provided a prison account statement. Jennings has since filed the required prison account statement, which the court construes as a renewed motion for leave to proceed *in forma pauperis*. (Dkt #5).

Upon review of Jennings' filings, the court hereby orders:

1.   The renewed motion for leave to proceed *in forma pauperis* is GRANTED. Jennings is not required to pay the $52 administrative filing fee.

Jennings may also proceed without prepayment of the $350 statutory filing fee, *see* 28 U.S.C. 1914(a), but, because he is a prisoner, he is required to pay the fee over time. Pursuant to 28 U.S.C. § 1915(b)(1), the court assesses an initial partial filing fee of $16.65. The remainder of the filing fee, $333.35, shall be collected in accordance with 28 U.S.C. § 1915(b)(2). The clerk shall send a copy of this Order to the treasurer of the facility where Jennings is confined.

    2.    The clerk shall issue summonses for both defendants. Jennings shall serve a summons, complaint, and this Order upon each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

    3.    Because Jennings is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If asked by Jennings, the USMS shall serve a summons, complaint, and this Order upon each defendant as directed by Jennings. Jennings is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served. The clerk shall provide Jennings with forms and instructions for service by the USMS.

    4.    Jennings must complete service within 90 days from the date of the issuance of the summonses. Failure to comply with this deadline may

result in dismissal of this action without further notice to Jennings. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

       **SO ORDERED.**

        /s/ Richard G. Stearns
        _____
        UNITED STATES DISTRICT JUDGE